■ KAREN A. BERG, Respondent, v UNITED PARCEL SERVICE et al., Appellants. [769 NYS2d 426]—Appeal from an order of Supreme Court, Erie County (Lane, J.), entered December 19, 2002, which granted plaintiff's motion for partial summary judgment on the issue of negligence.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Erie County, Lane, J. Present—Pigott, Jr., P.J., Green, Scudder, Gorski and Lawton, JJ.

■ MARIE A. ISULA, Appellant, v JOYCE E. LINEMAN, Respondent. [769 NYS2d 427]—Appeal from an order of Supreme Court, Erie County (Dillon, J.), entered December 20, 2002, which granted defendant's motion for summary judgment and dismissed the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court, Erie County, Dillon, J. Present—Pigott, Jr., P.J., Green, Scudder, Gorski and Lawton, JJ.

■ TAMMIE L. RUSSO, Individually and as Parent and Natural Guardian of AMANDA J. LIDLOW, an Infant, Appellant, v JASON S. BIFARO et al., Defendants, and COUNTY OF CHAUTAUQUA, Respondent. [769 NYS2d 428]—Appeal from an order of Supreme Court, Chautauqua County (Gerace, J.), entered July 17, 2002, which granted the motion of defendant County of Chautauqua for summary judgment dismissing the complaint against it.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Chautauqua County, Gerace, J. Present—Pigott, Jr., P.J., Green, Scudder, Gorski and Lawton, JJ.